UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.                                                          10-cr-219-WMS-HKS

TONAWANDA COKE CORPORATION,
et al.,

Defendants.
_____

# DEFENDANTS' JOINT SUPPLEMENTAL EXPERT WITNESS DISCLOSURE

Undersigned counsel for Defendants Tonawanda Coke Corporation ("Tonawanda Coke") and Mark L. Kamholz hereby provide this supplemental submission regarding their expert witness disclosure, pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure. In addition to the documents listed in the Defendants' Joint Expert Witness Disclosure, filed February 19, 2013 [Docket No. 133], the following documents were considered and relied upon by the Defendants' expert witnesses, Stephen A. Johnson and Marcia E. Williams, in the preparation of their expert opinions.

| Bates | Documents Received From Counsel and Relied Upon | Date |
|---|---|---|
| TCC-RD-001694-1716 | Notes in Tonawanda Coke files regarding June 17, 2009 and September 10, 2009 EPA inspections | 2009-06-17 |
| TCC-RD-001690-1693 | Letter to Raymond Fisher to Mark Kamholz related to a February 29, 2001 inspection | 2001-02-29 |

| Document Provided | Documents Identified by Experts and Relied Upon | Date |
|---|---|---|
| TCC-RD-001556-1689 | New York Dept. of Environmental Conservation, Addendum to Section E, New York State's Hazardous Waste Management Compliance Enforcement Strategy (received by FOIL from NY) | 1989-00-00 |

DATED: Buffalo, N.Y.
February 22, 2013

                          Respectfully submitted,

/s/ GREGORY F. LINSIN
Gregory F. Linsin, Esq.
BLANK ROME LLP
*Pro Hac Vice*
*Attorney for Defendant*
TONAWANDA COKE CORPORATION
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 772-5813

/s/ JEANNE M. GRASSO
Jeanne M. Grasso, Esq.
BLANK ROME LLP
*Pro Hac Vice*
*Attorney for Defendant*
TONAWANDA COKE CORPORATION
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 772-5927
grasso@blankrome.com

/s/ RODNEY O. PERSONIUS
Rodney O. Personius, Esq.
PERSONIUS MELBER LLP
*Attorney for Defendant*
MARK KAMHOLZ
350 Main Street
Buffalo, NY 14202
(716) 855-1050
rop@personiusmelber.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February 2013, I electronically filed the foregoing DEFENDANTS' JOINT SUPPLEMENTAL EXPERT WITNESS DISCLOSURE with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following CM/ECF participants on this case:

>Aaron J. Mango
>
>Rocky Piaggione
>
>John J. Molloy

>/s/ GREGORY F. LINSIN
>Gregory F. Linsin, Esq.
>BLANK ROME LLP
>*Pro Hac Vice*
>*Attorney for Defendant*
>TONAWANDA COKE CORPORATION
>600 New Hampshire Avenue, N.W.
>Washington, D.C. 20037
>(202) 772-5813
>Linsin@blankrome.com