UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                                    **DECISION AND ORDER**
                                                          10-CR-219S (1)

TONAWANDA COKE CORPORATION  and
MARK L. KAMHOLZ,

                                    Defendants.

On August 9, 2016, this Court entered a Decision and Order directing the two community service projects identified in the judgment to submit Statements of Readiness to accept funds out of the Court Registry Fund.  (Docket No. 344.)  The studies have submitted their statements and they have been filed on the docket.  (Docket Nos. 345, 346.)  Therein, each study indicates that it is ready to commence (or has already commenced) its study and that it is prepared to accept the payments out of the Court Registry Fund.  Accordingly, the Clerk of Court will be directed to disburse the funds to the studies.

IT HEREBY IS ORDERED, that the Clerk of Court is directed to disburse $5,550,167 out of the Court Registry Fund to the University at Buffalo Tonawanda Health Study c/o The Research Foundation for the State University of New York, University at Buffalo, consistent with the judgment in this case.

FURTHER, that Defendant Tonawanda Coke Corporation shall pay the remaining three installment payments by the dates due directly to the University at Buffalo Tonawanda Health Study c/o The Research Foundation for the State University of New York, University at Buffalo, consistent with the judgment in this case.

FURTHER, that the Clerk of Court is directed to disburse $711,161 out of the Court Registry Fund to the University at Buffalo Soil Sample Study c/o The Research Foundation for the State University of New York, University at Buffalo, consistent with the judgment in this case.

FURTHER, that in accordance with 28 U.S.C. § 1914 and the guidelines set by the Director of the Administrative Office of the United States Courts, the Clerk of Court is directed to deduct 10 percent of the income earned on the money in the Court Registry Fund and deposit it into the United States Treasury.

FURTHER, that the Clerk of Court is directed to disburse the remaining 90 percent of the income earned on the money in the Court Registry Fund on a proportional basis to the University at Buffalo Tonawanda Health Study and the University at Buffalo Soil Sample Study.

SO ORDERED.

Dated:    September 22, 2016
         Buffalo, New York

                                              s/William M. Skretny
                                              WILLIAM M. SKRETNY
                                              United States District Judge