AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Case No.   10-CR-219-S |
| TONAWANDA COKE CORPORATION | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tonawanda Coke Corporation.

Date:   09/04/2018

s/Patrick J. Hines
*Attorney's signature*

Patrick J. Hines - 4982666
*Printed name and bar number*

Hodgson Russ LLP
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
*Address*

phines@hodgsonruss.com
*E-mail address*

(716) 848-1679
*Telephone number*

(716) 819-4657
*FAX number*